NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DANIEL WALTERS, III,                )
                                     )
            Appellant,               )
                                     )
v.                                   )      Case No. 2D18-2199
                                     )
STATE OF FLORIDA,                    )
                                     )
            Appellee.                )
_____ )

Opinion filed March 6, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hendry County; James D. Sloan, Judge.

PER CURIAM.

            Affirmed.

CASANUEVA, MORRIS, and LUCAS, JJ., Concur.